JUDGE JONES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          **INDICTMENT**

    - v. -                         :          08 Cr.

DON H. SILVER,                    :
    a/k/a "Guns,"
                                             **08 CRIM    609**
        Defendant.         :

- - - - - - - - - - - - - - - - x

## COUNT ONE

On or about June 19, 2008, in the Southern District of New York, DON H. SILVER, a/k/a "Guns," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, (1) a conviction on or about January 30, 1998, upon a plea of guilty, in New York State Supreme Court, Bronx County, for attempted murder; and (2) a conviction on or about January 8, 1998, upon a plea of guilty, in New York State Supreme Court, Bronx County, for attempted murder, unlawfully, wilfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a .45 caliber Hi-Point semi-automatic pistol, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_Sheny Picabones_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### DON H. SILVER,
### a/k/a "Guns,"

Defendant.

### INDICTMENT

08 Cr. ___

(18 U.S.C. §§ 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

*Sherry Peacham*
Foreperson

POST-It 11/1/87 –

7/7/08 – Fld Indictment. Case assigned to Judge Jones for all purposes.

S/Douglas F. Eaton